From: MARK HALBERSTAM markhalesq@aol.com
Subject: Imogene Pearsons
Date: May 27, 2022 at 2:18:08 PM
To: info@cgwesq.com

Counselors,

In case you're unaware, I left a message several weeks ago with a member of your staff. To date, however, no one from your office has returned my phone call. I am therefore taking this opportunity to extend the same "olive branch" that I attempted to extend several weeks ago via my aforementioned message. If your office is interested in an amicable resolution of the judgment filed against Ms. Pearsons on behalf of my client Leoned Lopez, then kindly have a member of your staff contact me as soon as possible. I think my proposal is in everybody's best interest. Thank you in advance for your anticipated courtesy and cooperation.

Very truly yours,

Mark Halberstam

Mark Halberstam, Esq., 1435 Coney Island Avenue, Brooklyn, New York 11230, Tel: 718 377-7337; Fax: 718 377-8694; markhalesq@aol.com