SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------x
Index No.: 301228/2011

LEONED LOPEZ,

                  Plaintiff,

                      STIPULATION

      -against-

IMOGENE PEARSON and
BEST OF DANCEHALL.COM,

                  Defendants.
------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and the attorneys of record for all the parties appearing in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued without costs to either party (except for settlement terms stipulated herein) as against the other. This stipulation may be filed without further notice with the Clerk of the Court. This matter herein is settled with prejudice as follows:

      1.    Plaintiff to provide to Defendant IMOGENE PEARSON a general release and a stipulation of discontinuance upon full execution of this agreement.

      2.    Defendant IMOGENE PEARSON to pay $ 18,000.00 (Eighteen Thousand Dollars and Zero Cents) to the Plaintiff in full settlement of all claims against Defendant PEARSON.

      The payments will be made as follows:

      Defendant PEARSON to pay $2,250.00 in 8 (eight) equal monthly installments on the 1st day of each month. The first payment will be due on the second 1st day of the month after the aforementioned documents are provided.

3. All payments are to be made payable to Mark Halberstam as attorney and Leoned Lopez.

4. If Defendant fails to make a monthly payment on time, Plaintiff shall serve by facsimile a ten (10) day notice of default to Defendant's counsel Jan V. Farensbach, Esq., at fax number 212-571-0276.

5. Upon successful completion of the terms of settlement herein, the within matter is settled with prejudice.

6. Facsimile/pdf signatures shall have the same force and effect as original signatures on this document.

Dated:     Brooklyn, New York
~~September~~, 2018
December 18,

_____
LAW OFFICE OF JAN V. FARENSBACH
Attorney for Defendant IMOGENE PEARSON

_____
MARK HALBERSTAM, ESQ.
Attorney for Plaintiff

_____
IMOGENE PEARSON
Defendant

_____
LEONED LOPEZ
Plaintiff

On this 18th day of December ~~September~~, 2018
IMOGENE PEARSON appeared before me and affixed her signature hereto.

On this 9th day of January ~~September, 2018~~ 2019
LEONED LOPEZ appeared before me and affixed her signature hereto.

_____
NOTARY PUBLIC
JAN V. FARENSBACH
Notary Public, State of New York
No. 01FA5048986
Qualified in New York County
Commission Expires Sept. 5, 20__

_____
NOTARY PUBLIC

MOISHE HALBERSTAM
Notary Public, State of New York
No. 01HA4846576
Qualified in Kings County
Commission Expires June 30, 20__

2